IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

WILLIAM PHILLIPPE,

    Petitioner,

v.                             CASE NO. 4:06cv383-RH/WCS

ALBERTO GONZALES, et al.,

    Respondents.

_____/

## ORDER GRANTING § 2241 PETITION

This matter is before the court on the magistrate judge's report and recommendation (document 14), to which no objections have been filed. Upon consideration,

IT IS ORDERED:

The report and recommendation is ACCEPTED and adopted as the opinion of the court. Petitioner William Phillippe's petition for a writ of habeas corpus pursuant to 28 U.S.C. §2241 is GRANTED. Petitioner shall be removed from the United States or released from custody by March 29, 2007. This order does not prohibit the imposition of conditions of release. The clerk shall enter judgment and

close the file.

      SO ORDERED this 8th day of March, 2007.

                                        <u>s/Robert L. Hinkle</u>
                                        Chief United States District Judge